UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABDUL R. RICHARDSON,

        Plaintiff,

vs.                                                                 Civil Action No.:
                                                                    1:25-CV-03393-OTW

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## ORDER

    AND, NOW, this __8th__ day of __July_____, 2025, upon consideration of Plaintiff's Motion for an extension of time to file her brief,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is due August 25, 2025. Defendant's brief is due December 5, 2025. Plaintiff's reply, if any, is due December 19, 2025.
**SO ORDERED.**

Entered: __July 8, 2025__

                                                                            Ona T. Wang
                                                                           U.S.M.J.